Decided June 22, 2005

LOUIS GHERLONE EXCAVATING COMPANY, INC. *v.* MCLEAN CONSTRUCTION COMPANY, INC., ET AL.*

The plaintiff's petition for certification for appeal from the Appellate Court, 88 Conn. App. 775 (AC 25430), is granted, limited to the following issue:

---

* The appeal was withdrawn February 3, 2006.

"Did the Appellate Court properly conclude that the mechanic's lien was invalid?"

The Supreme Court docket number is SC 17454.

*Alfred J. Zullo*, in support of the petition.

*Michael C. Jankovsky, John Wayne Fox* and *Patricia M. Gaug*, in opposition.

Decided June 22, 2005